UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
:
ROBERT FEILBOGEN,  : Docket No. 303 CV 1624 (CFD)
:
              Plaintiff, :
:
v. :
:
AIG TRADING GROUP INC. and :
AIG FINANCIAL PRODUCTS CORP., :
:
             Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF MICHAEL GIFFORD

Michael Gifford, being duly sworn, deposes and says:

1.    I am a member of the New York Bar and am associated with the firm of Sullivan & Cromwell LLP, counsel for defendants, AIG Trading Group Inc. ("Trading") and AIG Financial Products Corp. ("AIGFP"). I make this declaration in support of the Local Rule 56(a) Statement of Undisputed Material Facts of Trading and AIGFP ("Local Rule 56(a) Statement") and, in particular, to place before the Court those documents and those portions of deposition transcripts that are referred to in the Local Rule 56(a) Statement.

2.    Attached hereto are true and correct copies of the transcripts of depositions that are referred to in the Local Rule 56(a) Statement:

        Exhibit 1:    Deposition of Robert Feilbogen, ("Feilbogen Dep."),

                       dated March 16, 2004.

Exhibit 2:   Deposition of Dennis Zampella ("Zampella Dep."), dated April 8, 2004.

Exhibit 3:   Deposition of Brian Morrissey ("Morrissey Dep."), dated April 22, 2004.

Exhibit 4:   Deposition of Joseph Cassano ("Cassano Dep."), dated May 17, 2004.

Exhibit 5:   Deposition of John Finigan ("Finigan Dep."), dated June 10, 2004 and June 17, 2004.

Exhibit 6:   Deposition of Paul Gentile ("Gentile Dep."), dated June 17, 2004.

Exhibit 7:   Deposition of David Messer ("Messer Dep."), dated June 24, 2004.

Exhibit 8:   Deposition of Steven Prince ("Prince Dep."), dated June 24, 2004.

Exhibit 9:   Deposition of William Dooley ("Dooley Dep."), dated June 28, 2004.

3.   Attached hereto are true and correct copies of the pages from the transcripts of depositions that are referred to in the Local Rule 56(a) Statement:

Exhibit 10:   Deposition of Steven Pike ("Pike Dep."), dated July 1, 2004.

Exhibit 11:   Deposition of Timothy Sullivan ("Sullivan Dep."), dated July 1, 2004.

4. Attached hereto are true and correct copies of the following exhibits marked by plaintiff in the course of deposition testimony that are referred to in the Local Rule 56(a) Statement:

Exhibit 12:  Email correspondence from Dennis Zampella to William Dooley dated February 21, 2002. (Zampella Dep. Ex. 3.)

Exhibit 13:  Email correspondence from Dennis Zampella to William Dooley dated February 21, 2002. (Zampella Dep. Ex. 4.)

Exhibit 14:  Chart regarding Energy Trading Group Summary month ending June 30, 2003. (Morrisey Dep. Ex. 2.)

Exhibit 15:  Letter from John Finigan to Anthony Gordon dated May 23, 2003. (Finigan Dep. Ex. 5.)

Exhibit 16:  Chart regarding Expenses. (Gentile Dep. Ex. 1.)

5. Attached hereto are true and correct copies of the following exhibits marked by defendants in the course of deposition testimony that are referred to in the Local Rule 56(a) Statement:

Exhibit 17:  Memorandum from Edward Matthews to Gary Davis, Barry Klein, and Bob Rubin dated December 6, 2000. (Def. Dep. Ex. 4.)

Exhibit 18:  Email correspondence from Robert Feilbogen to Dennis Zampella dated September 11, 2002. (Def. Dep. Ex. 6.)

Exhibit 19:  Letter from Dennis Zampella to "Sir or Madam" dated September 11, 2002. (Def. Dep. Ex. 7.)

Exhibit 20:   Memorandum from John Finigan to AIG Trading Group Employees dated March 26, 2003.  (Def. Dep. Ex. 11.)

Exhibit 21:   Email with attachment from Robert Feilbogen to Robert Feilbogen dated March 20, 2003.  (Def. Dep. Ex. 14.)

Exhibit 22:   Email correspondence from Robert Feilbogen to Joseph Cassano dated May 8, 2003, email correspondence from Robert Feilbogen to Joseph Cassano with attachment dated May 8, 2003, email correspondence from Robert Feilbogen to Dennis Zampella dated May 12, 2003, and Chart regarding Additional Compensation.  (Def. Dep. Ex. 17.)

Exhibit 23:   Email from Robert Feilbogen to John Finigan dated June 25, 2003.  (Def. Dep. Ex. 26.)

Exhibit 24:   Letter from Steven Sitver to Robert Feilbogen dated June 27, 2003.  (Def. Dep. Ex. 27.)

Exhibit 25:   Email from Robert Feilbogen to Joseph Cassano, Doug Poling, and Martin Wayne dated July 3, 2003, letter from Robert Feilbogen to Joseph Cassano dated July 9, 2003, and email from Robert Feilbogen to Joseph Cassano, Doug Poling, and Martin Wayne dated July 9, 2003. (Def. Dep. Ex. 29.)

Exhibit 26:   AIG Trading Group Companies Policy Manual dated April 2, 1997. (Def. Dep. Ex. 31.)

_____
Michael Gifford

Sworn to before me this
___ day of August, 2004.

_____
Notary Public

LUCIA A. KOW
Notary Public, State of New York
No. 01KO6036456
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Jan. 24, 2007

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of August, 2004, I caused to be served a true and correct copy of the foregoing on:

<u>By Hand</u>

Anne C. Vladeck, Esq.
Vladeck, Waldman, Elias & Englehard, P.C.
1501 Broadway
New York, NY 10036

<u>By Federal Express</u>

Daniel M. Young, Esq.
Wofsey, Rosen, Sweskin & Kuriansky, LLP
500 Summer Street
Stamford, CT 06901

*Michael Gifford*
Michael Gifford