UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
                                        :   CIVIL ACTION NO.:
                                        :
ROBERT FEILBOGEN,                       :   3:03 CIV. 1624 (DJS)
                                        :
              Plaintiff,                :   STIPULATION OF DISMISSAL
                                        :
      v.                                :   SEPTEMBER 7, 2006
                                        :
                                        :
AIG TRADING GROUP INC. and              :
AIG FINANCIAL PRODUCTS CORP.,           :
                                        :
              Defendants.               :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned attorneys, that this action is hereby dismissed with prejudice and on the merits pursuant to Fed. R. Civ. P. 41(a), and that the parties shall bear their own costs and attorney's fees.

Dated: New York, New York
August 25, 2006

                                                                                                                      /s/ Theodore O. Rogers, Jr.

Theodore O. Rogers, Jr. (ct00904)
   rogerst@sullcrom.com
Lan X. Nguyen (ct0161)
   nguyenl@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588

David Kulle (ct00333)
   dkulle@rc.com
Stephen W. Aronson (ct02216)
   aronson@rc.com
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-8200
Fax: (860) 275-8299

*Attorneys for Defendants*
*AIG Trading Group, Inc. and*
*AIG Financial Products Corp.*


                                                                         /s/ Karen Cacace

Anne C. Vladek (ct25285)
   avladeck@vladeck.com
Karen Cacace (ct25286)
   kcacace@vladeck.com
VLADECK, WALDMAN, ELIAS &
   ENGELHARD, P.C.
1501 Broadway, Suite 800
New York, New York 10036
Tel: (212) 403-7300
Fax: (212) 221-3172

*Attorneys for Plaintiff*
*Robert Feilbogen*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2006, the foregoing was filed electronically. Notice of this filing will be sent directly by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Stephen W. Aronson
Stephen W. Aronson